**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 02-7160**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BRANDON KEITH COLLIERS,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  Frederick P. Stamp, Jr., District Judge.  (CR-98-29, CA-01-1-5)

─────────────

Submitted:  November 7, 2002      Decided:  November 14, 2002

─────────────

Before WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Brandon Keith Colliers, Appellant Pro Se.  Robert H. McWilliams, Jr., Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Brandon Keith Colliers seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Colliers has not made a substantial showing of the denial of a constitutional right. See United States v. Colliers, Nos. CR-98-29; CA-01-1-5 (N.D.W. Va. July 5, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED